**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO.    1:04CR345 |
| | ) | |
| Plaintiff | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Lynn Foster | ) | |
| | ) | |
| Defendant | ) | |

The defendant and her counsel, Darin Thompson appeared before this Court on April 30, 2007.

A report and recommendation was filed on March 16, 2007. See (docket #78). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of her terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervision is revoked and defendant be committed to the custody of the Bureau of Prisons for a period of sixty (60) days with credit for time already served in custody. The defendant is to be released by 12:00 noon on May 9, 2007, absent a holder from Cuyahoga County Court. Upon release from confinement the term of supervised release is terminated.

| | |
|---|---|
| May 1, 2007 | *s/David D. Dowd, Jr.* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |